UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DINO SCHWERTZ**                                    CIVIL ACTION

**versus**                                           NO. 12-1897
                                                     consolidated with
                                                     NO. 12-2142

**BURL CAIN**                                        SECTION: "I" (1)


**O R D E R**

The Court, having considered the petitions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objection by plaintiff Dino Schwertz, which is hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the federal petitions of **Dino Schwertz** for *habeas corpus* relief are **DISMISSED WITH PREJUDICE**.


New Orleans, Louisiana, this  28th  day of      November     , 2012.


                                            _____
                                                    LANCE M. AFRICK
                                            UNITED STATES DISTRICT JUDGE